STATE OF CONNECTICUT *v.* PAUL G. DOWEN
(13379)

O'CONNELL, LAVERY and HEIMAN, Js.

Argued November 29—decision released December 20, 1994

*Gilbert Shasha,* for the appellant (defendant).

*Rita M. Shair,* assistant state's attorney, with whom were *C. Robert Satti, Sr.,* state's attorney, and, on the brief, *Peter McShane,* assistant state's attorney, and *Stephanie A. Lane,* certified legal intern, for the appellee (state).

PER CURIAM. This case is controlled by *State* v. *Tucker,* 226 Conn. 618, 629 A.2d 1067 (1993), and *State* v. *Esposito,* 223 Conn. 299, 613 A.2d 242 (1992).

The judgment is affirmed.